# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 24, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

133092

JOHN B. LIZZA, Personal Representative of
the Estate of NAREI FINA NGWENYA,
Deceased,
         Plaintiff-Appellant,

v

                                   SC: 133092
                                   COA: 273979
FORD MOTOR COMPANY,                    Wayne CC: 06-618613-NP
         Defendant-Appellee,

and

DONNELL D. SEARS,
         Defendant.
_____/

      On order of the Court, the application for leave to appeal the December 20, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 24, 2007

_____
Clerk

d0416